THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN M. SMITH, Appellant. (Appeal No. 2.) [741 NYS2d 476] —Appeal from a judgment of Steuben County Court (Latham, J.), entered November 27, 2000, convicting defendant upon his plea of guilty of criminal contempt in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same Memorandum as in *People v Smith* ([appeal No. 1] 294 AD2d 916). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Burns and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN M. SMITH, Appellant. (Appeal No. 3.) [741 NYS2d 477] —Appeal from a judgment of Steuben County Court (Latham, J.), entered November 27, 2000, convicting defendant upon his plea of guilty of aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same Memorandum as in *People v Smith* ([appeal No. 1] 294 AD2d 916). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Burns and Gorski, JJ.